NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AATRIX SOFTWARE, INC.,**
*Plaintiff-Appellant*

v.

**GREEN SHADES SOFTWARE, INC.,**
*Defendant-Appellee*

———————————

2023-1774

———————————

Appeal from the United States District Court for the Middle District of Florida in No. 3:15-cv-00164-MMH-MCR, Judge Marcia Morales Howard.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    AATRIX SOFTWARE, INC. V. GREEN SHADES SOFTWARE, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 31, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 31, 2024